**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 14, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10200

In The Matter Of: ALLIED PHYSICIANS GROUP PA

Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY WAYNE GINN; GREGORY WAYNE GINN, P.C.,

Appellants,

versus

TRUSTEE SCOTT SEIDEL,

Appellee.

Appeal from the United States District Court
for the Northern District of Texas
No. 3:04-CV-765

Before JONES, Chief Judge, and KING and DENNIS, Circuit Judges.

PER CURIAM:[*]

There being no reversible error, the judgment of the district court is AFFIRMED. See 5TH CIRCUIT LOC. RULE 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.